CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| **United States of America**<br>v.<br>**Miranda Lizbeth Figueroa**<br>DOB: 2007; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-09514MJ |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about July 27, 2026, in the District of Arizona, **Miranda Lizbeth Figueroa**, knowing or in reckless disregard that certain aliens, including Francisco Alexis Garcia-Pina, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about July 27, 2026, in the District of Arizona, **Miranda Lizbeth Figueroa**, knowing that certain illegal aliens, including Francisco Alexis Garcia-Pina, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On July 27, 2026, in the District of Arizona (Naco), Border Patrol Agents (BPAs) were conducting mobile surveillance near Naco, Arizona. While heading to Purdy Lane, a common pick-up location for illegal aliens, BPAs noticed a silver SUV pulling to the side of the road in front of them. A male in a brown shirt then exited the brush and ran towards the SUV while carrying clothing in his arms. BPAs observed a door on the passenger side of the SUV close before the vehicle continued travelling north. A partial license plate of LKA was observed on the SUV. Other BPAs observing traffic on Naco Highway observed the SUV bearing Arizona license plate LKA2WY drive passed them and they pulled behind the vehicle. A vehicle stop was initiated and the SUV yielded after turning east onto Avenida Felix from Naco Highway. When the SUV came to a stop, the driver's door and rear passenger door opened and both occupants exited the vehicle and faced BPAs. BPAs instructed the individuals to get on the ground and they were both secured. An immigration inspection was performed on the suspected illegal alien, identified as Francisco Alexis Garcia-Pina, and BPAs determined him to be a citizen of Mexico illegally present in the United States. Record checks revealed that Francisco Alexis Garcia-Pina does not possess the proper documentation to enter, pass through, or remain in the United States legally. The driver of the SUV, identified as **Miranda Lizbeth Figueroa**, was determined to be a United States citizen. A search of the SUV revealed camouflage clothing in the backseat of the vehicle. The camouflage clothing is consistent with illegal immigration and alien smuggling.

**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Francisco Alexis Garcia-Pina

| | |
|---|---|
| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent<br>Jeremy Sykes |
| Sworn by telephone _X_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | **DATE**<br>July 28, 2026 |

**1) See Federal rules of Criminal Procedure Rules 3 and 54**
Reviewing AUSA: Enderle

26-09514MJ

**Continued from front page.**

Material witness Francisco Alexis Garcia-Pina stated that he is a citizen of Mexico and that he had to pay a total of $7,000 to be smuggled into the United States. He already paid a fee of 35,000 Mexican pesos. He crossed the border by himself while wearing camouflage clothing and was guided by cellphone to a paved road where he waited to be picked up. The guide sent him a picture of a gray SUV that was supposed to pick him up. When the vehicle arrived, the guide called Garcia-Pina on the phone and told him to come out of the brush and enter the SUV. He entered the back seat and laid down. The driver was alone and did not interact with Garcia-Pina. Garcia-Pina described the driver as a fat female with reddish hair who was wearing shorts with flowers on them.